FILED

09/22/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0103

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 21-0103

_____

IN RE THE MARRIAGE OF:

NIKKI FAYE WAITE,

      Petitioner and Appellant,

  v.

                                    O R D E R

BRYCE ELLIS WAITE,

      Respondent and Appellee.

_____

      Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

      The Clerk is directed to provide a copy hereof to Nikki Faye Waite, to all counsel of record, and to the Honorable John W. Larson, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
September 22 2021